# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY LEE MASCARO, | Case No.: 2:19-cv-00813-APG-DJA |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| FORWARD IMPRESSIONS, et al., | |
| Defendants | |

I previously ordered plaintiff Johnny Lee Mascaro to file an amended complaint by August 23, 2019. ECF No. 5. He did not do so. Additionally, several of the court's filings have been returned in the mail. ECF Nos. 4, 7. A pro se party is required to notify the court of a change of address; failure to do so may result in dismissal. *See* Local Rule IA 3-1. I therefore dismiss this case without prejudice.

IT IS THEREFORE ORDERED that plaintiff Johnny Lee Mascaro's complaint (**ECF No. 1-1**) **is DISMISSED without prejudice**. The clerk of court is instructed to close this case.

DATED this 27th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE